**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Earl Eugene Valentine, Jr., Appellant.

Appellate Case No. 2024-000877

---

Appeal From Saluda County
Debra R. McCaslin, Circuit Court Judge

---

Unpublished Opinion No. 2026-UP-200
Submitted April 1, 2026 – Filed May 6, 2026

---

**APPEAL DISMISSED**

---

Senior Appellate Defender Kathrine Haggard Hudgins, of Columbia, and Earl Eugene Valentine, Jr., pro se, both for Appellant.

Attorney General Alan McCrory and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia; and Solicitor Samuel R. Hubbard, III, of Lexington, all for Respondent.

---

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, MCDONALD, and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.